THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant and Respondent, *v.* JOEL RATHBONE, Respondent and Appellant, Impleaded with Another.

*Trustees of Columbia University* v. *Rathbone*, 172 App. Div. 902, affirmed.

(Argued May 27, 1919; decided July 15, 1919.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1917, modifying and affirming as modified a judgment in favor of plaintiff, entered upon an order of Special Term granting a motion for judgment on the pleadings. Plaintiff leased certain premises in the city of New York to a tenant who agreed in addition to money rental to pay taxes, assessments, etc. The tenant thereafter assigned the lease, with the consent of plaintiff, to the defendant, who assumed and became responsible for the full performance of the covenants and conditions of the lease. The complaint demanded judgment for the amount of rental, taxes and assessments accruing subsequent to the assignment and also for an amount of taxes which became a lien against the premises prior thereto but remained unpaid. The Appellate Division held that defendant was liable only for liabilities accruing after the assignment.

*John B. Pine* for plaintiff, appellant and respondent.

*George Welwood Murray* for defendant, respondent and appellant.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CUDDEBACK and CRANE, JJ. Not sitting: McLAUGHLIN, J.